IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-93-594-CV





STATE OF TEXAS,



 APPELLANT


vs.





AMBERJACK, LTD.; STATE FARM LIFE INSURANCE COMPANY;


AND SUNRISE-AUSTIN, LTD.,



 APPELLEES



 




FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY



NO. 1808, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING



 




PER CURIAM

 Appellant has filed a motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 59(a)(1)(B).

 The appeal is dismissed.


Before Justices Powers, Aboussie and Jones

Dismissed on Appellant's Motion

Filed: August 17, 1994

Do Not Publish